UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

2008 JUN 30  AM 9: 05

| | | |
|---|---|---|
| LAMAR WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.  CV608-018 |
| | ) | |
| STATE OF GEORGIA and STATE | ) | |
| BOARD OF PARDONS AND | ) | |
| PAROLES, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _30_ day of _____, 2008.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA